# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORGAN,<br><br>               Petitioner,<br><br>   v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>               Respondent. | Case No. ED CV 15-01894 RSWL (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

DATED: 2/22/2016

/s/ RONALD S.W. LEW
HON. RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE