# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORGAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 15-01894 RSWL (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 2/22/2016

　　　　　　　　　　　　/s/ RONALD S.W. LEW
　　　　　　　　　　　　HON. RONALD S.W. LEW
　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE